ELLEN McNALLY, Respondent, *v.* OAKWOOD, Appellant.

*Negligence — injury from fall through unguarded trap door in floor of cemetery greenhouse.*

*McNally* v. *Oakwood*, 210 App. Div. 612, affirmed.

(Argued March 4, 1925; decided March 31, 1925.)

APPEAL from a judgment, entered November 17, 1924, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and reinstated said verdict. The action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in failing to guard a trap door in the floor of its greenhouse office. The defendant was a cemetery corporation and maintained the greenhouse in question. Plaintiff while in the office for the purpose of purchasing a plant fell through the opening and received the injuries complained of.

*Daniel Scanlon* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

DONATO BACCARI, Appellant, *v.* LOUISE C. LYMAN, Respondent.

*Appeal — motion to dismiss appeal denied.*

Reported below, 210 App. Div. 846.

(Argued March 30, 1925; decided March 31, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1924, which reversed an order of the court at a Trial Term setting aside a verdict in favor of defendant and granting a new trial and directed judgment upon the verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.